United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ST. LOUIS POLICE RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated and Derivatively on Behalf of Nominal Defendant ABAXIS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CLINTON H. SEVERSON, ALBERTO R. SANTA INES, KENNETH P. ARON, VLADIMIR E. OSTOICH, DONALD P. WOOD, MARTIN V. MULROY, RICHARD J. BASTIANI, MICHAEL D. CASEY, HENK J. EVENHUIS, PRITHIPAL SINGH, VERNON E. ALTMAN, and ERNEST S. TUCKER,<br><br>Defendants,<br>and<br><br>ABAXIS, INC.<br><br>Nominal Defendant. | **Case No.: 12-CV-5086 YGR**<br><br>**ORDER ON PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER TO SHORTEN TIME ON THE MOTION FOR PRELIMINARY INJUNCTION** |

Upon consideration of Plaintiff St. Louse Police Retirement System, et al.'s *Ex Parte* Application for an Order to Shorten Time on the Motion for Preliminary Injunction, and good cause appearing therefore, (Dkt No. 5), it is hereby ORDERED as follows:

1.  Defendants shall file their response to Plaintiff's Motion for Preliminary Injunction on or before October 15, 2012;

2. Plaintiff shall file its reply in support of his Motion for Preliminary Injunction on or before October 18, 2012; and

3. Hearing on the Plaintiff's Motion for Preliminary Injunction is set on October 23, 2012, at 2:00 p.m.

**IT IS SO ORDERED.**
**Date: October 5, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2