1   **KESSLER TOPAZ**
2     **MELTZER & CHECK, LLP**
    Ramzi Abadou (222567)
3   Erik D. Peterson (257098)
    One Sansome Street, Suite 1850
4   San Francisco, CA  94104
    Phone: (415) 400-3000
5   Fax: (415) 400-3001
    rabadou@ktmc.com
6   epeterson@ktmc.com

7   -and-

8   Eric L. Zagar (250519)
    James H. Miller
9   Matthew A. Goldstein
    280 King of Prussia Road
10  Radnor, PA 19087
    Phone: (610) 667-7706
11  Fax: (267) 948-2512
    ezagar@ktmc.com
12  jmiller@ktmc.com
    mgoldstein@ktmc.com

13  *Attorneys for Plaintiff*

14        **UNITED STATES DISTRICT COURT**
15      **NORTHERN DISTRICT OF CALIFORNIA**

16  ST. LOUIS POLICE RETIREMENT
    SYSTEM, On Behalf of Itself and All Others    Case No. 4:12-cv-05086-YGR
17  Similarly Situated and Derivatively on Behalf
    Of NOMINAL DEFENDANT ABAXIS, INC.,
18                                                ~~[PROPOSED]~~ **ORDER CLARIFYING**
                    Plaintiff,                    **THE ORDER APPROVING**
19                                                **STIPULATION SUBSTITUTING A BOND**
            v.                                    **FOR THE POSTED SECURITY**
20
    CLINTON H. SEVERSON, ALBERTO R.
21  SANTA INES, KENNETH P. ARON,
    VLADIMIR E. OSTOICH, DONALD P.
22  WOOD, MARTIN V. MULROY, RICHARD
    J. BASTIANI, MICHAEL D. CASEY, HENK
23  J. EVENHUIS, PRITHIPAL SINGH,
    VERNON  E. ALTMAN, AND ERNEST S.
24  TUCKER,

25                  Defendants,

26          and

27  ABAXIS, INC.

28                  Nominal Defendant.

1      AND NOW, upon clarification of the Order Approving Stipulation Substituting a Bond for

2   the Posted Security ("Substitution Order"), and good cause appearing therefore, it is hereby

3   ORDERED and DECREED as follows:

4      1.      In accordance with the Substitution Order, Plaintiff has posted the Bond and filed

5   proof of Bond to satisfy the Security Requirement.

6      2.      The Court shall return the Cash Security to Plaintiff's Counsel by issuance of a

7   check made payable to Kessler Topaz Meltzer and Check, LLP, in the amount of $100,000.00.

8

9   Dated: _November 29, 2012_                    _____

10                                               The Honorable Yvonne Gonzalez Rogers
                                                 United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CLARIFYING THE ORDER APPROVING STIPULATION SUBSTITUTING A BOND FOR THE          1
POSTED SECURITY
CASE NO. 4:12-cv-05086-YGR