# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LOUIS POLICE RETIREMENT SYSTEM, *on behalf of itself and All Others Similarly Situated and Derivatively on behalf of Nominal Defendant* ABAXIS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CLINTON H. SEVERSON, *et al.*,<br><br>Defendants,<br><br>ABAXIS, INC.,<br><br>Nominal Defendant. | Case No.: 12-CV-5086 YGR<br><br>**ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS** |

Defendants Clinton H. Severson, Alberto R. Santa Ines, Kenneth P. Aron, Vladimir E. Ostoich, Donald P. Wood, Martin V. Mulroy, Richard J. Bastiani, Michael D. Casey, Henk J. Evenhuis, Prithipal Singh, Vernon E. Altman, Ernest S. Tucker III and Nominal Defendant Abaxis, Inc. (collectively, "Defendants") submitted their substitution of counsel substituting Thad A. Davis, George H. Brown and Enrique A. Monagas of the law firm Gibson, Dunn & Crutcher LLP, 555 Mission Street, Suite 3000, San Francisco, California 94105, as counsel for Defendants herein, and the withdrawal of John C. Dwyer, Jessica Valenzuela Santamaria and Adam C. Trigg of the law firm Cooley LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306.

The substitution and withdrawal are **APPROVED**.

**IT IS SO ORDERED**. This Order terminates Docket No. 53.

**Date: December 19, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**