**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ST. LOUIS POLICE RETIREMENT SYSTEM, *on behalf of itself and All Others Similarly Situated and Derivatively on behalf of Nominal Defendant* ABAXIS, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>CLINTON H. SEVERSON, *et al.*,<br><br>        Defendants,<br><br>ABAXIS, INC.,<br><br>        Nominal Defendant. | Case No.: 12-CV-5086 YGR<br><br>**ORDER RESCHEDULING HEARING ON MOTIONS TO DISMISS** |

Currently pending before the Court are: (1) the Motion Of Director Defendants Severson, Bastiani, Casey, Evenhuis, Singh Altman And Tucker And Nominal And Company Defendant Abaxis, Inc. To Dismiss The Complaint Pursuant To F.R.C.P 12(B)(1), 12(B)(6), and (2) the Motion of Officer Defendants Severson, Santa Ines, Aron, Ostoich, Wood And Mulroy To Dismiss Count IV Of The Complaint Pursuant To F.R.C.P. 12(B)(1), 12(B)(6).  The hearings currently set for March 5, 2013, are **CONTINUED** to Tuesday, March 19, 2013, at 2:00 p.m. on the Court's motion.

    **IT IS SO ORDERED**.

**Date: March 1, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**