**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ST. LOUIS POLICE RETIREMENT SYSTEM,** *on behalf of itself and All Others Similarly Situated and Derivatively on behalf of Nominal Defendant* ABAXIS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**CLINTON H. SEVERSON,** *et al.*,<br><br>　　　　Defendants,<br><br>**ABAXIS, INC.**,<br><br>　　　　Nominal Defendant. | Case No.: 12-CV-5086 YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

Based upon the parties' joint filing of October 1, 2013, the Court understands the above-captioned case has settled. Accordingly, all hearings and deadlines are **VACATED**.

A compliance hearing is hereby **SET** for **Friday, December 13, 2013,** on the Court's **9:01a.m.** calendar, in Courtroom 5 of the Federal Courthouse, 1301 Clay Street, Oakland, California.

No later than five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a motion for approval of class settlement; or (b) a one-page **JOINT** Status Report regarding preliminary approval of the proposed settlement. If compliance is complete, the hearing may be taken off calendar. Telephonic appearances may be permitted if the parties have submitted a joint statement in a timely fashion.

**Date: October 3, 2013**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**