# Exhibit 3

# SAXENA WHITE



"A highly experienced group of lawyers with national reputations in large securities class actions…"

– *United States District Court Judge Alan S. Gold*

## FIRM RESUME

2424 NORTH FEDERAL HWY, SUITE 257   BOCA RATON, FL 33431
*ph* 561.394.3399   *fax* 561.394.3382   www.saxenawhite.com

## SAXENA WHITE

Saxena White P.A. was founded in 2006 by Maya Saxena and Joseph White. After spending many years at one of the country's largest class action law firms, we wanted to do business a different way. Our goal in forming the firm was to become big enough to handle prominent and complex litigation while remaining small enough to offer each client responsive, ethical and personalized service.

Today our firm's capabilities rival those of our largest competitors. We obtain victories against major corporations represented by the nation's top defense firms. We represent some of the largest pension funds in major securities fraud cases and have recovered almost two billion dollars on behalf of injured investors. We have succeeded in changing how corporations do business by requiring the implementation of significant corporate governance changes. We have formed long lasting relationships with our clients who know we are only a phone call away. However, the most important attribute of the firm, and the key to its continued success, is the people. Saxena White was built upon the quality, integrity and camaraderie of its people—attributes that continue to be its greatest legacy.

*What Makes us Different?*

- *We are proud to be the only securities litigation firm in multiple states representing institutional investors which is majority-owned by a woman*

- *We take a selective approach to litigation, recommending only a few fraud cases per year and litigating them aggressively*

- *The securities fraud cases we have served as lead counsel in are rarely dismissed due to our careful selection criteria*

- *We offer tailored portfolio monitoring services to our clients which reflect their philosophies toward litigation*

- *We emphasize community service and welcome opportunities to support our clients in their communities*

## RECENT RECOVERIES

### *City Pension Fund for Firefighters and Police Officers in the City of Miami Beach v. Aracruz Celulose S.A., et al.*

One of our firm's areas of expertise is litigating cases against foreign corporations. We recently obtained a significant victory against a Brazilian corporation, Aracruz Celulose. Accomplishing what no other law firm has ever done, Saxena White successfully served process on all three individual executives in Brazil under the Inter-American Convention on Letters Rogatory. Our efforts included working closely with a Brazilian law firm to defeat the defendants' challenges to service in both the Brazilian trial and appellate courts.

After defeating three motions to dismiss filed by the foreign defendants, Saxena White began the massive and highly technical discovery process. Because the vast majority of the documents were in Portuguese, we hired native Brazilian attorneys to analyze and translate the tens of thousands of documents that were produced. These documents were also incredibly complex, dealing with five dozen separate financial derivative instruments. Simply valuing one instrument required approximately 50,000 calculations. We consulted closely with highly-respected industry and academic experts to gain an unprecedented understanding of the workings of these instruments and how they were valued.

In the end, our hard work paid off. Saxena White successfully negotiated a $37.5 million settlement against Aracruz and its executives. This represents up to 50% of maximum provable damages – an outstanding result compared to the average national recovery of just 2.2% in cases of this magnitude.

### In re Bank of America Securities, Derivative and ERISA Litigation

This derivative case arose out of Bank of America's acquisition of Merrill Lynch during the height of the financial crisis in late 2008. After successfully defending the complaint's core allegations against multiple motions to dismiss, Saxena White embarked on an extensive discovery process that included 31 depositions of senior BofA and Merrill executives and their attorneys, the review and analysis of 3 million pages of documents from BofA, Merrill and multiple third parties, and close consultation with nationally recognized financial and economic experts.

On January 11, 2013, the Court approved the Settlement, which includes a $62.5 million cash component and fundamental corporate governance reforms. The cash component alone ranks this Settlement among the top 10 derivative settlements approved by federal courts. The extensive corporate governance reforms include the creation of a Board-level committee tasked with special oversight of mergers and acquisitions, which is aimed at preventing the alleged deficiencies surrounding the Merrill Lynch acquisition. The corporate governance reforms also include other components, including revisions to committee charters and director education requirements, which caused one noted scholar to observe that BofA is now at the forefront of corporate governance practices.

### In re Lehman Brothers Equity/Debt Securities Litigation

After conducting an extensive investigation into Lehman and its executives, Saxena White was the first firm to file a complaint alleging violations of the federal securities laws. Subsequent events, including the largest bankruptcy filing in U.S. history, interjected unique challenges to prosecuting this case. For example, since Lehman itself was in bankruptcy, it was not available as a source of recovery for affected class members. Nevertheless, in the spring of 2012, the Court approved a $90 million partial settlement with Lehman's senior executives and directors, and a $426 million settlement with several dozen underwriters of its securities.

The case is still ongoing against Lehman's independent auditor, E&Y, which is accused of certifying Lehman's fraudulent financial statements despite actual knowledge of the Company's fraudulent activities, including moving $50 billion off of its balance sheet just days prior to quarters' end through the use of Repo 105. After a several months of hard-fought class certification proceedings, the Court recently certified a class of injured investors. In the meantime, we have been engaged in extensive merits discovery, including the analysis of millions of documents produced by E&Y and various third parties, including credit ratings agencies, analysts, and several of Lehman's potential suitors that walked away just days before the Company's collapse.

### FindWhat Investor Group v. FindWhat.com

Saxena White also has significant appellate experience. In this Eleventh Circuit appeal, we won a precedent-setting opinion with the court holding that corporations and their executives who make fraudulent statements that prevent artificial inflation in a company's stock price from dissipating are just as liable under the securities laws as those whose fraudulent statements introduce artificial inflation into the stock price in the first place. The Eleventh Circuit rejected the defendants' position that the mere repetition of lies already transmitted to the market cannot damage investors. "We decline to erect a per se rule," wrote the court, that "once a market is already misinformed about a particular truth, corporations are free to knowingly and intentionally reinforce material misconceptions by repeating falsehoods with impunity."

The Eleventh Circuit's opinion is a significant win for aggrieved investors. It is the first such ruling from any of the Courts of Appeals in the nation, and will help defrauded investors seeking to recover damages due to fraud.

### Central Laborers' Pension Fund v. Sirva

Saxena White served as sole lead counsel, in Central Laborer's v. SIRVA Litig. (04-CV-4644), which was litigated in the Northern District of Illinois (SIRVA is the parent company of North American Van Lines). After 2 1/2 years of hard-fought litigation, an extensive investigation which involved conducting nearly 120 witness interviews, and the review of approximately 2.7 million documents produced by Defendants, a two day mediation was conducted at which we were able to reach a global $53.3 million dollar settlement on behalf of the proposed shareholder class. In addition, Saxena White conducted a comprehensive review of SIRVA's corporate governance procedures in an effort to ensure that securities fraud and accounting violations were less likely to occur at the Company in the future. This careful and comprehensive review, which was spearheaded in conjunction with retained corporate governance experts, confirmed that SIRVA had made great strides in improving its governance standards over the course of our lawsuit. This was especially true in the area of its internal controls, which was a primary concerns. The company formally recognized, in writing, that the lawsuit was one of the main reasons that it reformed its governance standards, which confirmed that Saxena white was the key catalyst compelling SIRVA to recognize the need to change the way it does business.

In addition, Saxena White was able to obtain even more governance improvements by convincing the Board to discard their plurality (also known as "cumulative") standard for the election of their directors in favor of a modified majority standard (also known as the "Pfizer model"). This important change gives every SIRVA shareholder a greater voice, as well as improving director accountability, by forcing directors who do not receive a majority of the votes to tender their resignation for the Board's consideration. Furthermore, SIRVA also agreed to strengthen its requirements regarding director attendance at shareholder meetings, which created more director accountability and increased shareholder input. Importantly, judges are unable to order these types of governance changes – it was only the negotiation and litigation pressure that we imposed upon the Company that allowed these changes to be implemented.

### In Re Sadia S.A. Securities Litigation

Sadia was a Brazilian company specializing in poultry and frozen goods that exported a majority of its products. Like Aracruz, it engaged in wildly speculative currency hedging while telling investors that its hedges were conservative and used to protect against sudden changes in currency fluctuation. The Plaintiffs filed a securities fraud complaint against Sadia and its senior executives and board members alleging violations of the federal securities laws.

Because the individual Defendants in this case were also citizens of Brazil, they also had to be served pursuant to the Inter-American Convention on Letters Rogatory. We were successful in serving the individuals, once again accomplishing what few other law firms have been ableto do.

We prevailed on the motion to dismiss and on the motion for class certification. Discovery was greatly complicated by the fact that the vast majority of the documents were in Portuguese, and that the Court had no subpoena power to force witnesses to appear for deposition. In spite of this, we hired attorneys fluent in Portuguese to help us with the review, and we were able to depose one of the Company's executives. After 3 mediations over the course of 8 months, we were able to reach a $27 million cash settlement with the Defendants.

### In Re Cox Radio, Inc. Shareholders Litigation

Saxena White represented a Florida Police Pension Plan in an action against Cox Radio. The Pension Plan alleged that the initial price offered to public shareholders in the tender offer was unfair and did not properly value the assets of Cox Radio. After considerable discovery and expedited motion practice, we were instrumental in raising the price of the deal by nearly 30%, creating nearly $18 million in additional value for all public shareholders, including the Pension Plan. We also obtained the issuance of additional meaningful disclosures regarding the valuation process used in the deal.

### In re Clear Channel Outdoor Holdings, Inc. Derivative Litigation

On March 23, 2012, Saxena White, on behalf of an institutional investor client, filed a derivative action on behalf of nominal defendant Clear Channel Outdoor Holdings ("Outdoor" or the "Company") against certain of the Company's current and former directors; its majority stockholder, Clear Channel Communications, Inc. ("Clear Channel"); and other entities with respect to a 2009 agreement between the Company and Clear Channel. The derivative action brought forth claims that Outdoor's directors breached their fiduciary duties by approving a $1 billion unsecured loan on highly unfavorable terms to Clear Channel. In response to the claims brought forth in the derivative action, the Company's Board of Directors established a Special Litigation Committee (the "SLC") and empowered it to investigate the matters and claims raised in the action.

After an extensive evaluation and investigation of the derivative claims, the SLC initiated discussions with certain of the Defendants to explore the prospects of settlement. The SLC also initiated discussions with Plaintiffs in order to explore the prospects of settling the derivative action. After several months of working with the SLC, the parties to the derivative action reached an agreement in principle to resolve of the action on terms that will provide substantial and meaningful benefits to the Company and its shareholders, including an agreement that would provide a dividend to shareholders in the amount of $200 million, as well as additional corporate governance reforms. The settlement agreement acknowledges that Plaintiffs' involvement in the settlement negotiations was a factor in achieving the benefits received by Outdoor and its shareholders as a result of the settlement.

## ATTORNEYS

### Maya S. Saxena

Ms. Saxena, co-founder of the firm, represents institutional investors in shareholder actions involving breaches of fiduciary duty and violations of the federal securities laws. She is a frequent speaker at educational forums involving public pension funds and advises public and multi-employer pension funds on how to address fraud-related investment losses. Ms. Saxena graduated from Syracuse University summa cum laude in 1993 with a dual degree in policy studies and economics, and graduated from Pepperdine University School of Law in 1996.

Ms. Saxena has been instrumental in recovering hundreds of millions of dollars for defrauded shareholders including cases against Sirva Inc. ($53.3 million recovery), Helen of Troy ($4.5 million settlement), and Sunbeam (settled with Arthur Andersen LLP for $110 million - one of the largest settlements ever with an accounting firm - and a $15 million personal contribution from former CEO Al Dunlap).

Prior to forming Saxena White P.A., Ms. Saxena served as the Managing Partner of the Florida office of one of the nation's largest securities litigation firms, successfully directing numerous high profile securities cases. Ms. Saxena gained valuable trial experience before entering private practice while employed as an Assistant Attorney General in Ft. Lauderdale, Florida. During her time as an Assistant Attorney General, Ms. Saxena represented the State of Florida in civil cases at the appellate and trial level and prepared amicus curiae briefs in support of state policies at issue in state and federal courts. In addition, Ms. Saxena represented the Florida Highway Patrol and other law enforcement agencies in civil forfeiture trials and currently serves as Chair of the Asset Forfeiture Committee of the Badge of Honor Memorial Foundation seeking to recover forfeited funds for the benefit of families of law enforcement officers slain in the line of duty.

Ms. Saxena is a member of the Florida Bar, and is admitted to practice before the U.S. District Courts for the Southern, Northern and Middle Districts of Florida, as well as the Fifth and Eleventh Circuit Courts of Appeal. Ms. Saxena was recently recognized in the South Florida Business Journal's "Best of the Bar" as one of the top lawyers in South Florida.

### Joseph E. White III

Mr. White, co-founder of the firm, has represented shareholders as lead counsel in major securities fraud class actions and merger litigation nationwide. He has represented lead and representative plaintiffs in front-page cases, including actions against Bank of America, Lehman Brothers and Washington Mutual. He has successfully settled cases yielding over one billion dollars against numerous publicly traded companies. Mr. White has developed an expertise in litigating precedent setting cases against foreign publicly traded companies, and recently settled *In re Sadia Inc. Sec. Litig.*, against a Brazilian corporation for $27 million. Mr. White has also helped achieve meaningful corporate governance and monetary recoveries for shareholders in merger related and derivative lawsuits.

Mr. White regularly lectures on topics of interest to pension trustees, and advises municipal, state, and international institutional investors on instituting effective systems to monitor and prosecute securities and related litigation. Mr. White is an Advisory Board member and educational lecturer for the Florida Public Pension Trustees Association.

Mr. White earned an undergraduate degree in Political Science from Tufts University before obtaining his Juris Doctor from Suffolk University School of Law. Before concentrating his practice in securities fraud, Mr. White

represented national insurance companies in pursuit of fraudulent claims from the initial investigations and denial of claims through trial. Mr. White is a member of the bar of the Commonwealth of Massachusetts and the State of Florida, as well as the United States District Courts for the Southern, Middle and Northern Districts of Florida, and the District of Massachusetts. Mr. White is also a member of the United States Circuit Courts of Appeal for the First and Eleventh Circuits.

## Jonathan M. Stein

Mr. Stein serves as Senior Counsel at Saxena White where he is involved in all aspects of complex litigation, including shareholder class and derivative actions, consumer fraud, products liability, antitrust and commercial litigation. A substantial portion of Mr. Stein's practice is dedicated to the representation of public shareholders of companies whose shares are acquired through management buyouts, leveraged buyouts, mergers, acquisitions, tender offers and other change-of-control transactions.

Mr. Stein has been successful in restructuring many transactions and recovering millions of dollars in additional value for shareholders. For example, Mr. Stein was co-lead counsel in *In re UnitedGlobalCom Shareholders Litigation*, No. 1012-N (Del. Ch.), where on the eve of trial, the case settled for $25 million in additional compensation for the UnitedGlobalCom shareholders. Mr. Stein was also counsel for the plaintiff in *Charter Township of Clinton Police and Fire Ret. Sys. v. OSI Rest. Partners, Inc., et al.*, 06-CA-010348 (Fla. 13th Cir. Ct.), where as part of the settlement, the defendants provided the public shareholders with additional material information about the transaction, helping the shareholders hold out for an additional $68 million in consideration for their shares. Additionally, Mr. Stein was counsel for plaintiffs in *In re Atlas Energy, Inc., Shareholders Litig.*, No. 5990-VCL (Del. Ch.), where he and his co-counsel obtained an additional benefit to the shareholder class of more than $7.4 million and the additional disclosure of almost forty pages of significant material information to shareholders concerning the transaction.

Mr. Stein has also been successful in prosecuting consumer fraud class actions. For instance, Mr. Stein was Class Counsel in *Gemelas v. The Dannon Co.*, Inc., 1:08-cv-00236 (N.D. Ohio), which resulted in the largest food-related class action settlement ever, wherein Dannon agreed to make certain changes to the labels for Activia® and DanActive® and agreed to pay up to $45 million dollars to reimburse consumers for their purchases of the products. He was also co-lead counsel in *Smith v. Wm. Wrigley, Jr. Co.*, 09-60646-Civ-Cohn/Seltzer (S.D. Fla.), which settled in the spring of 2010, which caused Wrigley to establish a settlement fund of up to $7 million to reimburse consumers for their Eclipse® gum purchases and to remove the "germ killing" message from the product label and in advertising.

Mr. Stein earned a degree in Business Administration from the University of Florida, where he concentrated his studies in Finance. While at Florida, he was selected to join the honor society of Omicron Delta Epsilon, recognizing outstanding achievement in Economics. Mr. Stein earned his Juris Doctor degree from Nova Southeastern University, where he was the recipient of the American Jurisprudence Book Award in Federal Civil Procedure and served as Chief Justice of the Student Honor Court.

Prior to joining Saxena White, Mr. Stein began his practice of law in Fort Lauderdale as a prosecutor in the State Attorney's Office for the Seventeenth Judicial Circuit of Florida, handling numerous jury trials. Before concentrating his practice in class action litigation, he practiced as a litigator fighting insurance fraud with one of Florida's largest law firms. Mr. Stein also previously ran his own class action firm and was a partner with the largest class action firm in the country.

Mr. Stein is licensed to practice law in the state courts of Florida, as well as in the Supreme Court of the United States, the Circuit Courts of Appeal for the Eleventh and Third Circuits, and the United States District Courts for the Northern, Southern and Middle Districts of Florida and the District of Colorado. In addition to these courts and jurisdictions, Mr. Stein regularly works on cases with local counsel throughout the country. Mr. Stein has been or is a member of the Association of Trial Lawyers of America, the American Bar Association, the Palm Beach County Bar Association and the South Palm Beach County Bar Association.

## Lester R. Hooker

Mr. Hooker, Saxena White's Manager of Case Origination, is involved in all of the firm's practice areas, including securities fraud class action litigation and shareholder derivative actions, as well as merger & acquisition lawsuits and consumer class actions. Through his securities litigation practice, Mr. Hooker has obtained significant monetary recoveries and important corporate governance reforms on behalf of institutional and individual investors nationwide.

During his tenure at Saxena White, Mr. Hooker has served as a member of the litigation teams that successfully prosecuted securities fraud class actions such as *Cent. Laborers' Pension Fund v. Sirva, Inc.* ($53.3 million settlement), *In re Sadia, Inc. Sec. Litig.* ($27 million settlement), *Grand Lodge of Pennsylvania v. Peters, et al.* ($6.25 million settlement), and *In re Helen of Troy Sec. Litig.* ($4.5 million settlement). Mr. Hooker is part of the litigation teams that are currently prosecuting prominent securities fraud class actions such as *In re Wilmington Trust Sec. Litig.* and *City Pension Fund for Firefighters and Police Officers in the City of Miami Beach v. Aracruz Celulose S.A., et al.* Mr. Hooker has also represented lead and representative plaintiffs in major cases arising out of the global financial crisis, including actions against Bank of America, Lehman Brothers and Washington Mutual.

Mr. Hooker attended the University of California at Berkeley, where he received a Bachelor of Arts degree with a Major in English. Mr. Hooker earned his Juris Doctor degree from the University of San Diego School of Law, where he was awarded the Dean's Outstanding Scholar Scholarship. Mr. Hooker also earned a Master's degree in Business Administration with an emphasis in International Business from the University of San Diego School of Business, where he was awarded the Ahlers Center International Graduate Studies Scholarship.

Mr. Hooker is a member of the State Bars of California and Florida, and is admitted to practice law in the United States District Courts for the Northern, Central, Southern and Eastern Districts of California, the Southern, Middle and Northern Districts of Florida, and the Western District of Michigan. Mr. Hooker is also admitted to practice law in the United States Courts of Appeal for the Ninth and the Eleventh Circuits.

## Brandon Grzandziel

Brandon Grzandziel earned his Bachelor of Arts degree in English from Wake Forest University, where he graduated with honors in 2005. In 2008, he received his Juris Doctor from the University of Miami School of Law. While at the University of Miami, Mr. Grzandziel was Executive Editor of the *University of Miami Business Law Review*. His article, "A New Argument for Fair Use Under the Digital Millennium Copyright Act," was published in the Spring/Summer 2008 issue.

At Saxena White, Mr. Grzandziel has been a part of the litigation teams that have successfully prosecuted securities fraud class actions against foreign companies such as Sadia ($27 million settlement) and Harmony Gold ($9 million settlement). He is currently a member of the litigation teams prosecuting securities fraud actions such as *In re*

*Bank of America Securities, Derivative and ERISA Litigation, In re Wilmington Trust Securities Litigation,* and *City Pension Fund for Firefighters and Police Officers in the City of Miami Beach v. Aracruz Celulose S.A.*

Mr. Grzandziel is a member of the Florida Bar, the United States District Court for the Southern District of Florida, and the United States Court of Appeals for the Second Circuit.

## Adam Warden

Adam Warden earned his Bachelor of Arts degree from Emory University in 2001 with a double major in Political Science and Psychology. In 2004, he received his Juris Doctor from the University of Miami School of Law. During law school, Adam served as the Articles Editor of *The University of Miami International and Comparative Law Review*. His article, "The Battle in Seattle and Beyond: A Brief History of the Antiglobalization Movement" was published in the Review's Winter 2004 issue. Prior to joining Saxena White, Mr. Warden was an associate at a leading maritime law firm in Miami, where he represented major cruise lines in complex litigation matters in both federal and state court.

Mr. Warden is a member of the Florida Bar and the District of Columbia Bar and is admitted to practice before the U.S. District Court for the Southern District of Florida.

## Kathryn Weidner

Ms. Weidner earned a Bachelor of Business Administration from the University of Miami in 2003, with a Major in Political Science. While at Miami, she studied abroad at Oxford University, England as part of an honors program for law and politics. Ms. Weidner received her Juris Doctor degree from Nova Southeastern University in 2006, where she graduated cum laude with a concentration in International Law. She was also the recipient of the Larry Kalevitch Scholarship Award for the graduate exhibiting the most promise in Business and Bankruptcy law. While at Nova, Ms. Weidner's outstanding course work regularly earned Dean's list and Provost Honor Roll, and she was honored with CALI Book Awards for Secured Transactions and Business Planning Law. Ms. Weidner developed valuable litigation skills as a full-time Certified Legal Intern for the Department of Homeland Security during her participation in an International Law Clinic.

After law school, Ms. Weidner acquired experience in the area of e-discovery working for a consulting group that provided litigation support services to large organizations and fortune 500 companies. She supervised teams of attorneys to assure quality in the review and production of documents requested for large-scale corporate litigations, mergers, and acquisitions. Ms. Weidner is admitted to practice law in the State of Florida and is a member of the Young Lawyers Division of the Florida Bar.

## Jessenia Canot

Ms. Canot earned a Bachelor of Science degree in Political Science from Florida State University in 2007, graduating with honors. In 2011, Ms. Canot received her Juris Doctor degree from Florida International University College of Law where her academic achievements were rewarded by placement on the Dean's List. During her final semester of law school, Ms. Canot attended Georgetown University Law Center in Washington, DC as a visiting student.

While in law school, Ms. Canot served as a Legislative Intern at the House of Representatives in Washington, DC,

where she sat in on several Congressional Hearings and obtained legislative research training from the Congressional Research Service. Additionally, Ms. Canot served as a Judicial Intern for the Honorable Chris McAliley, Magistrate Judge for the United States District Court for the Southern District of Florida, where she worked on a wide range of civil and criminal litigation matters. Ms. Canot also served as a Legal Intern for Black Entertainment Television in Washington, DC.

Upon graduating law school, Ms. Canot worked for a boutique entertainment law firm in Miami, Florida where she specialized in the negotiation and drafting of intellectual property agreements and also gained valuable experience working with domestic and international businesses.

### Renato L. Pinto e Silva

Mr. Pinto e Silva is originally from São Paulo, Brazil, where he went to law school and obtained a degree from Armando Alvares Penteado Foundation, College of Law – "FAAP" in December 2004. Mr. Pinto e Silva then completed a specialization in Labor and Employment Law and Procedure from Mackenzie Presbyterian University in Brazil in December 2006. Mr. Pinto e Silva also completed the Master's Degree Program (L.L.M.) at the University of Miami in May 2011.

Mr. Pinto e Silva started his career working as an intern at the law firm of Lobo De Moraes S. C. Advogados, in São Paulo, Brazil from October 2000 until January 2004. While there, he was able to gain valuable experience within civil, labor/employment, family and contracts law. In February 2004, Mr. Pinto e Silva was offered and accepted a position as an attorney at one of the most prestigious law firms in Brazil, Demarest e Almeida Advogados within the labor and employment litigation division representing a diverse set of multinational corporations. At Demarest, he was responsible for representing clients in hearings and trials in Courts all over the country, for drafting legal papers such as appeals and defenses and he handled approximately 300 cases that were under his sole responsibility.

Since September 2011, Mr. Pinto e Silva has been working at Saxena White performing complex discovery on a pending securities class action that has already survived a motion to dismiss.

Mr. Pinto e Silva has been licensed by the Brazilian Bar Association (OAB) since 2005 and is authorized to practice law in all courts and jurisdictions within the Brazilian territory. In June 2012, Mr. Pinto e Silva was also admitted as member of the New York Bar.

### Dianne Anderson

Ms. Anderson graduated from the University of California, San Diego in 2008, where she received a Bachelor of Arts degree with a Major in Political Science, Minor in Law and Society. In 2012, Ms. Anderson received her Juris Doctor degree from the University of San Diego School of Law. While attending USD Law, Ms. Anderson earned various scholarships and awards, including the San Diego La Raza Lawyers Association Scholarship and Frank E. and Dimitra F. Rogozienski Scholarship for outstanding academic performance in business law courses. While at USD Law, Ms. Anderson's academic achievements culminated in two CALI Excellence for the Future Awards for receiving the top grade in USD Law's Fall 2011 International Sports Law and Entertainment Law classes. Ms. Anderson is an alum of Phi Delta Phi, the international legal honor society and oldest legal organization in continuous existence in the United States.

Ms. Anderson's prior experience includes legal internships at Jack in the Box, Inc. and Alliant Insurance Services, Inc. Ms. Anderson worked extensively with the in-house departments, assisting in a variety of corporate, employment and government regulation matters. Ms. Anderson interned for two San Diego pro bono legal organizations, Jewish Family Service of San Diego and Housing Opportunities Collaborative. Additionally, Ms. Anderson served as a legal intern for the San Diego City Attorney's Office with their Advisory Division, Public Works Section. Ms. Anderson is admitted to practice law in the States of Florida and California.

## PROFESSIONALS

### MARC GROBLER
*Director of Case Analysis*

Marc Grobler joined Saxena White as the Director of Case Analysis in early 2012. Prior to joining Saxena White, he served as the Senior Business Analyst in the New York office of a leading securities class action law firm and he has worked within the securities litigation industry for nearly ten years. Mr. Grobler plays a key role in new case development including performing in-depth investigations into potential securities fraud class actions, derivative, and other corporate governance related actions. By using a broad spectrum of financial industry research and tools, Mr. Grobler analyzes information that helps support the theories behind our litigation efforts. Mr. Grobler is also responsible for protecting the financial interests of our clients by managing the firm's client portfolio monitoring services and performing complex loss and damage calculations.

Mr. Grobler graduated Cum Laude from Tulane University's A.B. Freeman School of Business in 1997, with a concentration in Accounting. With fifteen years of overall professional financial experience, Mr. Grobler started his career in New York at PricewaterhouseCoopers performing audit within the Financial Services Group (audit clients included Prudential Financial and Wasserstein Perella). Prior to entering the securities litigation industry, Mr. Grobler worked within the asset management group at Goldman Sachs where he was responsible for the financial reporting of a group of billion dollar fund-of-fund investments. Mr. Grobler also previously worked at UBS Warburg as a Financial Analyst in the investment banking division that focused on financial institutions such as banks, asset managers, insurance and start-up financial technology companies.

### STEFANIE LEVERETTE
*Manager of Client Services*

Ms. Leverette is Saxena White's Manager of Client Services. In this role, she manages the Firm's client outreach and development programs, and coordinates the firm's presence at industry conferences attended by representatives of various institutional clients throughout the United States. In addition, Ms. Leverette carefully tracks the entire Firm's cases to ensure that each client is regularly updated on any actions they are involved in. She is also responsible for the timely dissemination of the Firm's Portfolio Monitoring Reports, ensuring that clients are informed of new cases and class action settlements that may affect their investment portfolios.

Ms. Leverette earned her undergraduate degree in Business Administration with a focus on Management from the University of Central Florida, and her Master's in Business Administration with a focus on International Business at Florida Atlantic University.

# Chuck Jeroloman
*Client Services*

Prior to joining Saxena White, Chuck Jeroloman served as a police officer for the Delray Beach Police Department for 23 years. During his tenure he was a homicide/robbery detective, street level narcotics investigator, field training officer and a member of the S.W.A.T. and Terrorists Task Force. He served on the Delray Beach Police and Fire Pension Board for 14 years and as chairman during his last five years. Mr. Jeroloman was also a member of the Delray Fire and Police VEBA Board. He has spoken at many national pension conferences and has authored several articles about pension benefits and issues. Mr. Jeroloman served 23 years as the president and union representative for the Police Benevolent Association (P.B.A.) and Fraternal Order of Police.

Before his years with the Delray Beach Police Department, Mr. Jeroloman spent five years as a deputy sheriff with the Rockland County Sheriff's Department. He was a member of Joint Terrorists Task Force with the F.B.I., N.Y.P.D. and Rockland County Sheriff's Department. He also was a union treasurer for the P.B.A.

Mr. Jeroloman has an associate degree in criminal justice. He was an associate scout with the Anaheim Angels and Texas Rangers, and volunteered as a youth baseball coach through high school levels. He served as a director vice president for the Okeeheelee Athletic Association.