**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ST. LOUIS POLICE RETIREMENT SYSTEM,** *on behalf of itself and All Others Similarly Situated and Derivatively on behalf of Nominal Defendant* ABAXIS, INC.,<br><br>   Plaintiff,<br><br>  vs.<br><br>**CLINTON H. SEVERSON,** *et al.*,<br><br>   Defendants,<br><br>**ABAXIS, INC.**,<br><br>   Nominal Defendant. | Case No.: 12-CV-5086 YGR<br><br>**ORDER VACATING COMPLIANCE HEARING** |

The compliance hearing set for Friday, January 24, 2014, at 9:01 a.m. is **VACATED**.

The parties have filed their Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 98). The Court will set a hearing on that motion, if necessary, by a separate notice.

**IT IS SO ORDERED.**

Date: January 23, 2014

              _____
              **YVONNE GONZALEZ ROGERS**
              **UNITED STATES DISTRICT COURT JUDGE**